IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 1:07-330 |
| vs. ) | |
| ) | |
| David Shealy, ) | **O R D E R** |
| ) | |
| Defendant. ) | |
| ) | |

    On September 4, 2007, Defendant David Shealy pleaded guilty to possession of child pornography, in violation of 18 U.S.C. § 2252a(A)(5)(b). On January 23, 2008, Defendant was sentenced to incarceration for a term of forty-one months. The court also imposed a term of supervised release for life. Judgment was entered on January 25, 2008. Defendant was released to supervision on or around March 16, 2011.

    This matter is before the court on letter filed by Defendant on April 18, 2016. Defendant seeks early termination of supervised release. The court has conferred with United States Probation Officer Jennifer L. Douglass and Assistant United States Attorney Nancy C. Wicker, who do not oppose early termination of supervision.

    Considering the factors set forth in 18 U.S.C. § 3553(a) to the extent that they are applicable, the court finds that the interests of justice will be served if termination of supervision is granted at this time. See 18 U.S.C. § 3583(e). Accordingly, Defendant's motion for early termination of supervised release (ECF No. 51) is **granted**.

    **IT IS SO ORDERED.**

                                        /s/ Margaret B. Seymour
                                        Senior United States District Judge

Columbia, South Carolina
April 27, 2016.